FILED

05/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0142

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 22-0142

HILLCREST NATURAL AREA FOUNDATION, INC., JOEL E. GUTHALS, ANN M. GUTHALS, MARC VISCHER, ELLEN KNIGHT, ROSS WAPLES, and VIRGINIA WAPLES,

                                        Plaintiffs and Appellants,

            v.

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY and CITY OF BILLINGS,

                              Respondent and Respondent-
                              Intervenor/Appellees.

## GRANT OF UNOPPOSED EXTENSION OF TIME

On Appeal from the Montana Thirteenth Judicial District Court, Yellowstone County, Cause No. DV 19-0192, The Honorable Collette B. Davies, Presiding

Pursuant to authority granted under Rule 26, M.R.App.P., Appellants' *Unopposed Motion for Extension of Time* is granted and Appellants may file and serve their opening brief in this matter on or before Friday, July 1, 2022.

            DATED this ____ day of ___, 2022.

                        By: _____
                        Clerk of Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 20 2022